AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTINE GORDON and PRESCIOUS USRY,

    Plaintiff's

v.

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 120-004

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of May 28, 2020, Defendant's unopposed motion to dismiss is GRANTED. Judgment is entered in favor of Defendant, AUTO-OWNERS INSURANCE COMPANY and against Plaintiffs, CHRISTINE GORDON and PRESCIOUS USRY. This case stands CLOSED.

05/28/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Tara H. Burton*
*(By) Deputy Clerk*

GAS Rev 10/1/03